1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LISA MARIE JOHNSON,          )   No. CV 09-5865 SS
                                   )
12              Plaintiff,         )
                                   )   **JUDGMENT**
13        v.                       )
                                   )
14   MICHAEL J. ASTRUE,            )
     Commissioner of the Social    )
15   Security Administration,      )
                                   )
16              Defendant.         )
     _____)

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and that the above-captioned action is REMANDED to the Commissioner for

20   further action consistent with the Court's Memorandum Decision and

21   Order.

22

23   DATED: May 6, 2010.

24

25                              _____/S/_____
                                SUZANNE H. SEGAL
26                              UNITED STATES MAGISTRATE JUDGE

27

28