1  Suzanne C. Leidner, Esq. (CSB #090387)
   LEIDNER & LEIDNER
2  4622 Hollywood Blvd.
3  Los Angeles, CA 90027
   Tel. 323 664-5670/Fax: 323 662-0840
4  Email: SCLeidner@sbcglobal.net
5
6  Counsel for Plaintiff Lisa Marie Johnson
7
8           UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
9
10 LISA MARIE JOHNSON,                    No. CV 09 5865 SS
                                          [PROPOSED] ORDER AWARDING
11     Plaintiff,                         EAJA FEES
12     v.
13 MICHAEL J. ASTRUE,
   COMMISSIONER OF SOCIAL
14 SECURITY,
15
16     Defendant.
17
18     IT IS ORDERED that based upon the parties' Stipulation for the Award and
19 Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney
20 fees under EAJA in the amount FOUR THOUSAND FOUR HUNDRED DOLLARS
21 and 00/cents ($4,400.00), as authorized by 28 U.S.C. §2412(d), and subject to the
22 terms of the above-referenced Stipulation.
23
24 Dated: 7/13/10                         *Suzanne H. Segal*
25
26     Approved:                          SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE
27
28     Ordered: _____